```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

       AUG  5 2015

          AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY BURNS, <br><br> Defendant. | CR15-263 JLR <br><br> INFORMATION |

The United States Attorney charges that:

### COUNT ONE

### (Commission of a Hate Crime)

On or about January 25, 2015, in Seattle, within the Western District of Washington, TROY BURNS did willfully attempt to cause bodily injury to J.O. through the use of a dangerous weapon, to wit: a knife, which had traveled in interstate and foreign commerce, because of J.O.'s actual and perceived sexual orientation.

\\
\\
\\
\\
\\

Indictment/BURNS - 1

1  All in violation of Title 18, United States Code, Section 249(a)(2).

2  DATED this 5th day of August 2015.

*(signature)*
ANNETTE L. HAYES
United States Attorney

*(signature)*
TODD GREENBERG
Assistant United States Attorney

*(signature)*
BRUCE F. MIYAKE
Assistant United States Attorney

*(signature)*
SAEED A. MODY
Trial Attorney, Civil Rights Division
United States Department of Justice